**Brad Stephen FRANCIS; Christine Carol Francis Plaintiffs-Appellants**

v.

**UNITED STATES of America Defendant-Appellee**

No. 17-2070

United States Court of Appeals, Eighth Circuit.

Submitted: December 28, 2017

Filed: January 3, 2018

Brad Stephen Francis, Pro Se

Christine Carol Francis, Pro Se

Bruce R. Ellisen, Rachel Ida Wollitzer, U.S. Department of Justice, Tax Division, Appellate Section, Washington, DC, Gregory Louis Mokodean, U.S. Department of Justice, Tax Division, Civil Trial Section, Central Region, Washington, DC, for Defendant-Appellee

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Brad and Christine Francis appeal from the order of the District Court [1] dismissing their civil suit challenging their liability for

1. The Honorable Greg Kays, Chief Judge, United States District Court for the Western

federal taxes and penalties under the Internal Revenue Code.

After careful review, we conclude that dismissal was proper for the reasons explained by the district court. See LeMay v. U.S. Postal Serv., 450 F.3d 797, 799 (8th Cir. 2006) (standard of review). The judgment is affirmed. See 8th Cir. R. 47B.